**Order entered December 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01203-CR

**MARK PATRICK FIBRANZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 8**
**Dallas County, Texas**
**Trial Court Cause No. M12-36516-J**

## ORDER

The Court **GRANTS** appellant's December 18, 2014 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/      ADA BROWN
JUSTICE